IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Jonathan Williams, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | No. 24-3068 |
| v. | : | |
| | : | |
| City of Philadelphia, et al., | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 25th day of June, 2025, upon consideration of the Plaintiff's Amended Complaint (ECF No. 7), Defendants' Motion to Dismiss Plaintiff's Amended Complaint (ECF No. 9), Plaintiff's Opposition (ECF No. 10), and Defendants' Reply (ECF No. 11), it is **ORDERED** that:

1. Defendants' Motion (ECF No. 9) is **GRANTED IN PART** and **DENIED IN PART** as follows:

    - Plaintiff's supervisory liability claim against Frisco and the Doe Officers (Count II) is **DISMISSED** without prejudice.

    - Defendants' Motion (ECF No. 9) is otherwise **DENIED**.

2. Plaintiff is granted leave to file a second amended complaint within 21 days of the date of this order consistent with the Court's memorandum. In the absence of a timely filed second amended complaint, the above-captioned action shall proceed on the following claims:

    - Excessive force claim against Frisco and the Doe Officers (Count I)

    - Pennsylvania assault and battery claim against Frisco and the Doe Officers (Count IV)

    - *Monell* claim against the City of Philadelphia (Count III)

s/ANITA B. BRODY, J.
_____
ANITA B. BRODY, J.